UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,   :
                                      :
                Plaintiff,   :   Case No. 10-cv-9239 (JSR)
                                      :
     v.                              :   ECF Case
                                      :
VITESSE SEMICONDUCTOR CORPORATION,    :
*et al.*,                             :
                                      :   **NOTICE OF APPEARANCE**
                Defendants.   :
----------------------------------------------------------------x

      PLEASE TAKE NOTICE that attorneys Terence M. Healy and Alan M. Lieberman have entered their appearances in this matter on behalf of the Securities and Exchange Commission ("SEC"). The Clerk of Court is asked to designated both Mr. Healy and Mr. Lieberman as "LEAD ATTORNEY" and "ATTORNEY TO BE NOTICED" for all ECF filings.

                Respectfully submitted,

                  s/ Terence Healy
                Terence M. Healy
                Alan M. Lieberman
                Assistant Chief Litigation Counsel
                Securities and Exchange Commission
                100 F Street N.E.
                Washington, DC 20549
                202-551-4640
                202-772- 9245 (fax)
                healyt@sec.gov

                COUNSEL FOR PLAINTIFF