UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
SECURITIES AND EXCHANGE COMMISSION,   :
                                      :
              Plaintiff,              :    10 Civ. 9239 (JSR)
                                      :
              -v-                     :    ORDER
                                      :
VITESSE SEMICONDUCTOR CORPORATION,    :
LOUIS R. TOMASETTA, EUGENE F.         :
HOVANEC, YATIN D. MODY, NICOLE R.     :
KAPLAN,                               :
                                      :
              Defendants.             :
------------------------------------- x

JED S. RAKOFF, U.S.D.J.



For the reasons stated in open court on February 23, 2011, see Tr., Hovanec and Tomasetta's motion to transfer venue is denied. The Clerk of the Court is directed to close document number 31 on the docket of the case.

    SO ORDERED.

                                       _____
                                       JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       February 24, 2011