UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

v.

VITESSE SEMICONDUCTOR CORPORATION,
LOUIS R. TOMASETTA, EUGENE F.
HOVANEC, YATIN D. MODY, AND
NICOLE R. KAPLAN
                Defendants.
-----------------------------------------------------------------x

Case No. 10-cv-9239 (JSR)

ECF Case



## ORDER

Upon consideration of Plaintiff's Motion for Admission of Attorney *Pro Hac Vice* and any response thereto, it is this 28th day of February 2011

ORDERED that the motion is hereby GRANTED and attorney Terence M. Healy is admitted to appear in this matter on behalf of the Securities and Exchange Commission.

So Ordered.

                                            HON. JED S. RAKOFF