UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,  :

                      Plaintiff,    :  Index No. 10 cv 9239
                                    :  (JSR)(FM)

    -against-

VITESSE SEMICONDUCTOR CORPORATION,  :
LOUIS R. TOMASETTA, EUGENE F.
HOVANEC, YATIN D. MODY, AND
NICOLE R. KAPLAN,

                      Defendants.
------------------------------------------------------------x

## AFFIRMATION OF SERVICE

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

       I, LAURA-MICHELLE HORGAN, ESQ., declare under penalty of perjury that on March 3, 2011, I served copies of Non-Party Nu Horizons Electronics Corporation's Notice of Motion, Non-Party Nu Horizons Electronics Corporation's Memorandum of Law in Support of Its Motion to Quash Subpoenas, and the Affirmation in Support of Nu Horizons Electronics Corporation's Motion to Quash Subpoenas upon all parties by filing a copy of the foregoing papers on the Court's Electronic Filing system on March 3, 2011.

Dated: March 3, 2011
       New York, New York

                                                          Laura-Michelle Horgan