**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br><div align="center">Plaintiff,</div><br><div align="center">v.</div><br><br>VITESSE SEMICONDUCTOR CORPORATION,<br>LOUIS R. TOMASETTA, EUGENE F. HOVANEC,<br>YATIN D. MODY, AND NICOLE R. KAPLAN<br><br><br><div align="center">Defendants.</div> | No. 10 CIV 9239 (JSR)<br>ECF Case<br><br>**[PROPOSED] ORDER** |

**UPON THE ORAL MOTION** of Gary S. Lincenberg, attorney for Defendant Eugene Hovanec, joined by Dan Marmalefsky, attorney for Defendant Louis Tomasetta,

**IT IS HEREBY ORDERED** that the following California attorneys are granted permission to carry mobile telephones and laptop computers into the United States Courthouse at 500 Pearl Street, New York, NY and its environs:

- Gary S. Lincenberg, counsel for Defendant Hovanec;

- Peter J. Shakow, counsel for Defendant Hovanec; and

- Dan Marmalefsky, counsel for Defendant Tomasetta.

Dated: March __, 2011
      New York, New York

_____
    The Honorable Jed S. Rakoff
    United States District Judge

297382.1