UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION, :
:
:
Plaintiff,   :   Index No. 10 cv 9239
:   (JSR)(FM)
-against-   :
:
VITESSE SEMICONDUCTOR CORPORATION, :
LOUIS R. TOMASETTA, EUGENE F. :
HOVANEC, YATIN D. MODY, AND :
NICOLE R. KAPLAN, :
:
Defendants.   :
-----------------------------------------------------------x

## AFFIRMATION OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

      I, LAURA-MICHELLE HORGAN, ESQ., declare under penalty of perjury that on March 11, 2011, I served copies of Non-Party Nu Horizons Electronics Corporation's Notice of Motion, Non-Party Nu Horizons Electronics Corporation's Reply Memorandum of Law in Further Support of Its Motion to Quash Subpoenas, and the Reply Affirmation in Further Support of Nu Horizons Electronics Corporation's Motion to Quash Subpoenas upon all parties by filing a copy of the foregoing papers on the Court's Electronic Filing system on March 11, 2011 and by electronic mail.

Dated: March 11, 2011
       New York, New York

                                                              /s/ Laura-Michelle Horgan
                                                              Laura-Michelle Horgan