UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
SECURITIES AND EXCHANGE COMMISSION    :

    - v -    :

VITESSE SEMICONDUCTOR CORPORATION,    :
LOUIS R. TOMASETTA, EUGENE F. HOVANEC,        10 Civ. 9239 (JSR)
YATIN D. MODY, and NICOLE R. KAPLAN,    :

    :
        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TO:   Clerk of Court
      United States District Court
      Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated:  New York, New York
        April 20, 2011

                                  Respectfully submitted,

                                  PREET BHARARA
                                  United States Attorney
                                  Southern District of New York
                                  Attorney for the United States
                                     of America

                     By:    /s/ John J. O'Donnell
                            JOHN J. O'DONNELL
                            Assistant U.S. Attorney
                            United States Attorney's Office
                            One Saint Andrew's Plaza
                            New York, New York 10007
                            Tel.: (212) 637-2490
                            Fax: (212) 637-0083
                            E-mail: john.o'donnell@usdoj.gov

To:   All Parties and Interested Parties Via ECF/CM