UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
SECURITIES AND EXCHANGE COMMISSION :

    - v - :

VITESSE SEMICONDUCTOR CORPORATION, :
LOUIS R. TOMASETTA, EUGENE F. HOVANEC,     10 Civ. 9239 (JSR)
YATIN D. MODY, and NICOLE R. KAPLAN, :

    :
    Defendants.
------------------------------------- X

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the United States of America, by and through the United States Attorney for the Southern District of New York, will move the Court, before the Honorable Jed S. Rakoff, United States District Judge, on April 29, 2011, at 11:45 a.m., in the United States Courthouse, Courtroom 14-B, 500 Pearl Street, New York, New York for an Order:

    1.    Allowing the United States to intervene in this action pursuant to Rules 24(a) and (b) of the Federal Rules of Civil Procedure;

    2.    Staying the trial of this action until after the trial of *United States* v. *Louis Tomasetta and Eugene Hovance*, 10 Cr. 1205 (PAC), which is scheduled to commence on January 9, 2012;

    3.    Staying the depositions of Louis Tomasetta, Eugene Hovanec, Yatin Mody, and Nicole Kaplan; and

        4.       Granting such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       April 20, 2011

                          Respectfully submitted,

                          PREET BHARARA
                          United States Attorney
                          Southern District of New York
                          Attorney for the United States
                              of America

By: _____
          John J. O'Donnell
          Pablo Quiñones
          Assistant United States Attorneys
          Telephone: (212) 637-2490/2487

## AFFIRMATION OF SERVICE

I, John J. O'Donnell, affirm under penalty of perjury as follows:

1. I am an Assistant United States Attorney in the Southern District of New York.

2. On April 20, 2011, I caused a copy of the foregoing Notice of Motion to be filed and served via the Court's ECF system to the following:

| | |
|---|---|
| Dan Marmalefsky, Esq.<br>Lawrence Gerschwer, Esq.<br>Morrison & Foerster<br>555 West Fifth Street, Suite 3500<br>Los Angeles, CA 90013-1024<br>T: (213) 892-5809 | Gary Lincenberg, Esq.<br>Peter J. Shakow, Esq.<br>Bird, Marella, Boxer, Wolpert, Nessim,<br>Drooks & Lincenberg<br>1875 Century Park East, 23rd Floor<br>Los Angeles, CA 90067-2561<br>T: (310) 201-2100 |
| Terence M. Healy, Esq.<br>Dean M. Conway, Esq.<br>Jan Folena, Esq.<br>United States Securities and Exchange Commission<br>100 F. Street N.E.<br>Washington, DC 20549<br>T: (202) 551-4640 | |

Dated: New York, New York
April 20, 2011

JOHN J. O'DONNELL
Assistant United States Attorney
(212) 637-2490