UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
                                                         :
SECURITIES AND EXCHANGE COMMISSION,                      :
                                                         :
                            Plaintiff,                   :       No. 10 Civ. 9239 (JSR) (FM)
                                                         :
            v.                                           :
                                                         :
VITESSE SEMICONDUCTOR CORP., ET AL.,                     :
                                                         :
                            Defendants.                  :
                                                         :
------------------------------------------------------------------ x

### SUPPLEMENTAL DECLARATION OF DAN MARMALEFSKY IN SUPPORT OF DEFENDANTS' CROSS-MOTION TO COMPEL PRODUCTION OF INTERVIEW NOTES FROM NU HORIZONS' INTERNAL INVESTIGATION AND IN OPPOSITION TO CROSS-MOTION TO QUASH

I, DAN MARMALEFSKY, declare:

1.      I am a partner at Morrison & Foerster LLP, counsel of record for Defendant Louis R. Tomasetta in this action, and have been admitted *pro hac vice* to the Bar of this Court. I make this Declaration of my personal knowledge and, if called as a witness, could and would competently testify to the facts stated herein.

2.      I make this supplemental declaration in support of Defendant Louis R. Tomasetta and Eugene F. Hovanec's Cross-Motion to Compel Production of Interview Notes from Nu Horizons' Internal Investigation and in opposition to the cross-motion to quash filed by Nu Horizons.

3.      Following the filing of the complaint in this matter, the SEC produced transcripts of testimony taken during its investigation. The SEC represented that it produced the transcripts

of all depositions taken during its investigation.  Included in the production were transcripts of testimony by the following Nu Horizons-affiliated witnesses:

| | |
|---|---|
| David Bowers | June 10, 2008 and June 29, 2009; |
| Paul Durando | July 31, 2008 |
| Nancy Lieberman | July 10, 2009. |
| Arthur Nadata | June 20, 2008 |
| Adam Wisniewski | June 17, 2008 and June 23, 2008 |

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed at Los Angeles, California on April 22, 2011.

Dan Marmalefsky

la-1121711