UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
:
SECURITIES AND EXCHANGE COMMISSION,  :
:
            Plaintiff,  :   No. 10 Civ. 9239 (JSR)
:
   v.  :   ECF Case
:
VITESSE SEMICONDUCTOR CORP., ET AL.,  :
:   **JOINT PROPOSED**
            Defendants.  :   **AMENDED SCHEDULING**
:   **ORDER**
------------------------------------------------------------- x

JED S. RAKOFF, U.S.D.J.

      Plaintiff Securities and Exchange Commission ("SEC") and Defendants Louis Tomasetta ("Tomasetta") and Eugene Hovanec ("Hovanec") respectfully submit this proposed amended scheduling order. Given the Court's order staying the trial and four depositions in this matter, the parties propose the following date for the completion of the remaining discovery and pretrial proceedings:

- <u>October 14, 2011</u>: Close of discovery (except those depositions noted below);

- <u>April 2, 2012</u> (or 30 days after the conclusion of the criminal trial, if later): Defendants' expert disclosures and responses to Plaintiffs' Requests for Admissions;

- <u>April 16, 2012</u> (or 6 weeks after conclusion of the criminal trial, if later): Last day to complete the depositions of Yatin Mody, Nicole Kaplan, Hovanec, Tomasetta, and any defense expert witnesses;

- <u>May 14, 2012</u>: Motions for Summary Judgment to be filed;

- <u>May 29, 2012</u>: Oppositions to Motions for Summary Judgment to be filed;

- June 4, 2012: Replies to Oppositions to Motions for Summary Judgment to be filed;

- June 11, 2012 at 4 p.m. Final pre-trial conference and hearing on Motions for Summary Judgment;

The parties ask the Court to enter an amended scheduling order reflecting the above agreed upon dates.

Respectfully submitted,

Dated: Washington, DC  SECURITIES AND EXCHANGE COMMISSION
May 6, 20111

By:   s/ Terence Healy
      Terence M. Healy
      *Attorneys for Plaintiff*

Dated: Los Angeles, CA  MORRISON & FOERSTER LLP
May 6, 2011

By:   s/ Dan Marmalefsky
      Dan Marmalefsky
      *Attorneys for Defendant*
      Louis R. Tomasetta

Dated: Los Angeles, CA  BIRD, MARELLA, BOXER, WOLPERT,
May 6, 2011               NESSIM, DROOKS & LINCENBERG, P.C.

By:   s/ Gary S. Lincenberg
      Gary S. Lincenberg
      *Attorneys for Defendant*
      Eugene F. Hovanec

ny-975102

SO ORDERED.

Dated: New York, NY
       5/12, 2011

_____
Jed S. Rakoff
United States District Judge

ny-975102