```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
SECURITIES AND EXCHANGE COMMISSION,   :
                                      :
               Plaintiff,             :      10 Civ. 9239 (JSR)
                                      :
          -v-                         :           ORDER
                                      :
VITESSE SEMICONDUCTOR CORPORATION,    :
LOUIS R. TOMASETTA, EUGENE F.         :
HOVANEC, YATIN D. MODY, NICOLE R.     :
KAPLAN,                               :
                                      :
               Defendants.            :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

For the reasons stated in open court on April 29, 2011, see Tr., the Court grants the Government's motions to intervene in this action and to stay the trial and the depositions of Louis Tomasetta, Eugene Hovanec, Yatin Mody, and Nicole Kaplan until after the trial in United States v. Louis Tomasetta and Eugene Hovanec, 10 Cr. 1205 (PAC). The Clerk of the Court is hereby directed to close document number 73 on the docket of the case.

SO ORDERED.

                                                    JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
        May 23, 2011