UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,  :
:
                              Plaintiff,        :        Case No. 10-cv-9239 (JSR)
:
        v.                             :        ECF Case
:
VITESSE SEMICONDUCTOR CORPORATION,  :
*et al.,*                               :        **NOTICE OF WITHDRAWAL OF**
                                       :        **APPEARANCE**
                          Defendants.     :
----------------------------------------------------------------x

      PLEASE TAKE NOTICE that attorney TERENCE M. HEALY withdraws his appearance as counsel for the Securities and Exchange Commission ("SEC") in this matter. Other counsel of record for the SEC will continue to represent the Commission in this case.

                                                  Respectfully submitted,

                                                    s/ Terence Healy
                                              Terence M. Healy
                                              Senior Assistant Chief Litigation Counsel
                                              Securities and Exchange Commission
                                              100 F Street N.E.
                                              Washington, DC 20549
                                              202-551-4640
                                              202-772- 9245 (fax)
                                              healyt@sec.gov

                                              COUNSEL FOR PLAINTIFF