UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. 10 Civ. 9239 |
| Plaintiff, | ECF Case |
| v. | |
| VITESSE SEMICONDUCTOR CORP., ET AL., | Order For Admission Pro Hac Vice |
| Defendants. | |

The motion of Jan M. Folena for admission to practice Pro Hac Vice in the above-captioned action is **granted**.

Applicant has declared that she is a member in good standing of the bar of the Commonwealth of Pennsylvania; and that her contact information is as follows:

Jan M. Folena
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C.  20549
(202) 551-4738 (telephone)  (202) 772-9245 (facsimile)
folenaj@sec.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Securities and Exchange Commission in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: 7/3/12

_____
United States District Judge