

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                              Plaintiff,

                    v.

VITESSE SEMICONDUCTOR
CORPORATION, LOUIS R. TOMASETTA,
EUGENE F. HOVANEC, YATIN D. MODY,
AND NICOLE R. KAPLAN

                              Defendants.

Case No. 10-cv-9239 (JSR)

ECF Case

[PROPOSED] THIRD
AMENDED SCHEDULING
ORDER [REVISED]

JED S. RAKOFF, U.S.D.J.

        Plaintiff Securities and Exchange Commission ("SEC") and Defendants Louis Tomasetta

and Eugene Hovanec (collectively, "Defendants") respectfully submit this Proposed Third

Amended Scheduling Order.  The Court previously entered an order setting forth a discovery and

motion schedule keyed off the conclusion of the parallel criminal action.  That action proceeded

to trial on March 21, 2012, as scheduled, but after five weeks of testimony and several days of

deliberations, the jury was unable to reach a verdict on any count against either Defendant.  The

Honorable United States District Judge Paul A. Crotty declared a mistrial and, on Defendants'

motion, acquitted Dr. Tomasetta and Mr. Hovanec on six of seven counts.   Judge Crotty has

scheduled a retrial on the lone remaining count for January 21, 2013.

        On July 19, 2012, the parties participated in a conference call with the Court, during

which it indicated a desire to proceed on an expedited schedule following completion of the

retrial in the criminal case.  Based on the Court's estimate that the criminal retrial will take four

weeks, the parties propose the following dates for the completion of remaining discovery and

pretrial proceedings in this case:

- March 7, 2013 (or 14 days after the conclusion of the criminal trial, if later): Defendants expert disclosures and responses to Plaintiff's Requests for Admissions;

- March 21, 2013 (or 28 days after the conclusion of the criminal trial, if later): Last day to complete the depositions of Yatin Mody, Nicole Kaplan, Hovanec, Tomasetta and any defense expert witnesses;

- April 2, 2013 (or 12 days after the close of deposition discovery, if later): Motions for Summary Judgment and Motions *in limine* to be filed;

- April 15, 2013 (or 13 days after filing of the Motions for Summary Judgment and/or Motions *in limine*, if later): Oppositions to Motions for Summary Judgment and Motions *in limine* to be filed;

- April 22, 2013, *at 4 p.m.* Final pre-trial conference and Hearing on Motions for Summary Judgment and Motions *in limine*.

The parties ask the Court to enter an amended scheduling order reflecting the above agreed upon dates.

Respectfully submitted,

Dated:  Washington, DC
        July 25, 2012

SECURITIES AND EXCHANGE COMMISSION

By: _____
Jan M. Folena
*Attorney for Plaintiff*

Dated:  Los Angeles, CA
        July 25, 2012

MORRISON & FOERSTER LLP

By: _____
Dan Marmalefsky
*Attorneys for Defendant Louis Tomasetta*

Dated:  Los Angeles, CA
        July 25, 2012

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS & LINCENBERG, PC

By: _____
Peter J. Shakow
*Attorneys for Defendant Eugene Hovanec*

2893896.1                                    2

SO ORDERED:

Dated:  New York, NY

_____7/28_____, 2012

HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE