Rakoff, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/13

---

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

v.

VITESSE SEMICONDUCTOR CORPORATION,
LOUIS R. TOMASETTA, EUGENE F. HOVANEC,
YATIN D. MODY, AND NICOLE R. KAPLAN

                Defendants.

10-cv-9239 (JSR)

## JOINT STIPULATION

The undersigned parties hereby stipulate and agree that all proceedings in the above-referenced matter shall be stayed until the earlier of (1) a decision by the Honorable Paul A. Crotty on the respective Rule 29 motions to be filed by Defendants Tomasetta and Hovanec in U.S. v. Tomasetta et al., 10-Cr.-1205 or (2) July 1, 2013. Furthermore, the parties stipulate and agree that they shall contact chambers within 48 hours of a decision by Judge Crotty on the above motions or by July 2, 2013, whichever shall come first.

                Respectfully submitted,

Dated: March 25, 2013

                Jan M. Folena
                Dean M. Conway
                Securities and Exchange Commission
                Attorneys for Plaintiff

Dated: March 25, 2013

                Dan Marmalefsky
                Morrison & Foerster LLP
                Attorneys for Defendant Louis Tomasetta

Dated: March 25, 2013

_Gary Lincenberg /DMC_
Gary Lincenberg
Bird, Marella, Boxer, Wolpert
Nessim, Drooks & Lincenberg, P.C.
Attorneys for Eugene Hovanec

Dated: March 25, 2013

_James T. Duff /DMC_
James T. Duff
James T. Duff Law Offices
Attorneys for Defendant Nicole Kaplan

Dated: March 25, 2013

_Roland G. Riopelle /DMC_
Roland G. Riopelle
Sercarz & Riopelle, LLP
Attorneys for Defendant Yatin Mody

**SO ORDERED:**

Dated  3/27, 2013

_____
Honorable Jed S. Rakoff
UNITED STATES DISTRICT JUDGE