UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Securities and Exchange
Commission            Plaintiff,

Case No. 10 Civ. 9239 (JSR)

-against-

Vitesse Semiconductor
Corporation, et al.      Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Dan Edward Marmalefsky**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: XXXXXX       My State Bar Number is XXXXXX

I am,
[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Morrison & Foerster LLP (LA)
            FIRM ADDRESS: 555 W. Fifth Street, 35th Fl., Los Angeles, CA 90013
            FIRM TELEPHONE NUMBER: (213) 892-5200
            FIRM FAX NUMBER: (213) 892-5454

NEW FIRM:   FIRM NAME: Morrison & Foerster LLP (LA)
            FIRM ADDRESS: 707 Wilshire Blvd., Ste. 6000, Los Angeles, CA 90017
            FIRM TELEPHONE NUMBER: (213) 892-5200
            FIRM FAX NUMBER: (213) 892-5454

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 4/23/2013                    /s/ Dan Marmalefsky
                                    ATTORNEY'S SIGNATURE