UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Securities and Exchange
Commission          Plaintiff,                Case No.  10 Cv. 9239 (JR)

-against-

Yatin Mody              Defendant.

--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Roland G. Riopelle
FILL IN ATTORNEY NAME

My SDNY Bar Number is: RR-2950      My State Bar Number is 2068161

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:       FIRM NAME:  Sercarz & Riopelle, LLP
                FIRM ADDRESS:  152 West 57th Street, Suite 24C
                FIRM TELEPHONE NUMBER:  212-586-4900
                FIRM FAX NUMBER:  212-586-1234

NEW FIRM:       FIRM NAME:  Sercarz & Riopelle, LLP
                FIRM ADDRESS:  810 Seventh Avenue, Suite 620
                FIRM TELEPHONE NUMBER:  212-586-4900
                FIRM FAX NUMBER:  212-586-1234

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: July 1, 2013

_____
ATTORNEY'S SIGNATURE