UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Securities and Exchange Commission      Plaintiff,

Case No. 1:10-cv-09239-JSR

-against-

Vitesse Semiconductor Corporation, et al.      Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending   [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____Katie Louise Viggiani_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: KV1225_____   My State Bar Number is 4834180_____

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Morrison & Foerster LLP_____
            FIRM ADDRESS: 1290 Avenue of the Americas, New York, NY 10104
            FIRM TELEPHONE NUMBER: (212) 468-8000_____
            FIRM FAX NUMBER: (212) 468-7900_____

NEW FIRM:   FIRM NAME: Morrison & Foerster LLP_____
            FIRM ADDRESS: 250 West 55th Street, New York, NY 10019_____
            FIRM TELEPHONE NUMBER: (212) 468-8000_____
            FIRM FAX NUMBER: (212) 468-7900_____

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: May 13, 2014                     s/ Katie Louise Viggiani_____
                                        ATTORNEY'S SIGNATURE